# IN THE SUPREME COURT OF THE STATE OF NEVADA

BANNER CHURCHILL COMMUNITY
HOSPITAL; AND NEVADA
ALTERNATIVE SOLUTIONS,
           Appellants,
           vs.
RANDY VARAIN,
           Respondent.

No. 69715

FILED

JUN 07 2017

## ORDER DISMISSING APPEAL

On April 27, 2017, this court filed an order directing appellants to file a report in this court regarding the status of the parties' settlement agreement by May 1, 2017. The order further provided that if a settlement had not been reached at that time, briefing in this appeal would be reinstated and appellants would have until June 1, 2017, to file and serve the opening brief and appendix. The order warned that, as a consequence of the fact that this case has been pending on this court's docket for more than a year since it was originally assigned to the settlement program, failure to comply could result in the dismissal of this appeal.

In accordance with our order, appellants filed a status report on May 1, 2017. The report indicates that the parties met with the settlement judge on April 28, 2017, and "were able to reach a settlement pending the approval by Medicare CMS." The May 1 report further states that "[i]t is anticipated that approval from Medicare CMS will be received in two to three weeks."

Despite appellants' assertions in the May 1 status report, to date, the parties have not filed a motion or stipulation to dismiss this appeal based on the purported settlement, nor have the parties otherwise

17-18906

communicated with this court. Thus, it appears that no settlement has been reached in this matter. Therefore, pursuant to this court's April 27, 2017, order, the opening brief and appendix were due to be filed by June 1, 2017. To date, appellants have failed to file these documents. Accordingly, this appeal is dismissed.

It is so ORDERED.

_____, J.
Hardesty

_____ J.          _____, J.
Parraguirre                                 Stiglich

cc:     Hon. James Todd Russell, District Judge
        Laurie Yott, Settlement Judge
        Lewis Brisbois Bisgaard & Smith, LLP/Las Vegas
        Nevada Attorney for Injured Workers/Carson City
        Carson City Clerk